IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | CASE NO. |
| Plaintiff, | : | |
| v. | : | **8 21 cr 26** |
| **DESMOND HILL**, | : | **INDICTMENT** |
| | | **18 U.S.C. § 922(g)(1) and 924(a)(2)** |
| Defendant. | : | |

MICHAEL J. NEWMAN

**THE GRAND JURY CHARGES THAT:**

**COUNT 1**
**[18 U.S.C. § 922(g)(1) and 924(a)(2)]**

On or about November 12, 2020, in the Southern District of Ohio, the defendant, **DESMOND HILL**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed a firearm in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

/S// SIGNED /
FOREMAN

VIPAL J. PATEL
Acting United States Attorney

CHRISTINA MAHY
Assistant United States Attorney